UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BEN ALLO** | * | CIVIL ACTION NO. |
| | * | |
| **VERSUS** | * | DOCKET NO. 2:20-cv-1971 |
| | * | |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and AETNA LIFE INSURANCE COMPANY** | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# COMPLAINT

## I. PARTIES

1. Plaintiff, **BEN ALLO**, is a person of the full age of majority, and a resident of Pearl River, St. Tammany Parish, Louisiana.

2. Defendant, **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("HARTFORD")**, is a foreign corporation authorized to do and doing business in the State of Louisiana in this judicial district.

3. Defendant, **AETNA LIFE INSURANCE COMPANY ("AETNA")**, is a foreign corporation authorized to do and doing business in the State of Louisiana in this judicial district.

## II.   JURISDICTION & VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this suit involves questions of federal law.

4. Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this district.

## III.   FACTS & ALLEGATIONS

5. The Group Long Term Disability Plan for Employees of AutoZone, Inc. ("The Plan") is an employee benefit plan, created, established, sponsored, administered and funded by AutoZone, Inc.

6. Plaintiff is a former employee of AutoZone, Inc., and was at all relevant times a plan participant of the Plan and at all times qualified as a beneficiary under the Plan.

7. Defendants, **HARTFORD and AETNA**, acted at all times as fiduciaries of the Plan by virtue of being under contract with the Plan, the Plan Administrator of the Plan, and AutoZone, Inc. to act as claims administrator for the Plan, determine eligibility for benefits under the Plan, and provide insurance for disability benefit payment obligations under the Plan.

8. Among other benefits, the Plan provided disability benefits.

9. Plaintiff has been since prior to March 27, 2017, remains to date and is expected to remain indefinitely disabled from any occupation and entitled to disability benefits under the terms of the Plan due to neurological and autoimmune disease and dysfunction, complications thereof and required medications.

10. Despite receiving overwhelming proof that Plaintiff remained qualified for benefits under the plan terms, Defendants, **HARTFORD and AETNA**, prematurely, arbitrarily and capriciously misinterpreted the Plan's terms and provisions and made erroneous factual findings to discontinue and deny Plaintiff's benefits.

11. Plaintiff has exhausted all required administrative remedies prior to filing this lawsuit.

12. Plaintiff has incurred attorney's fees in order to pursue his right to benefits from the Plan.

13. Plaintiff is entitled to judgment awarding disability benefits owed to him under the terms of the Plan from Defendants, **HARTFORD and AETNA**.

14. Plaintiff is entitled to judgment awarding reasonable attorney fees incurred in his pursuit of these claims from Defendants, **HARTFORD and AETNA**.

**WHEREFORE**, Plaintiff, **BEN ALLO**, prays for judgment against Defendants, **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and AETNA LIFE INSURANCE COMPANY**, as follows:

1. For all disability benefits due Plaintiff in the past and future under terms of the Plan, plus pre- and post-judgment interest;

2. For all reasonable attorney's fees;

3. For costs of suit; and

4. For all other relief as the facts and law may warrant.

Respectfully Submitted,

s/J. Price McNamara

_____
**J. PRICE McNAMARA (20291)**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email:   price@jpricemcnamara.com
Attorney for Complainant,
Ben Allo