UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BEN ALLO | * | CIVIL ACTION NO. 2:20-cv-01971 |
| VERSUS | * | JUDGE VANCE |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO., ET AL. | * | MAGISTRATE JUDGE NORTH |

*********************************************************************

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit and finding there good cause for the granting of same:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Ben Allo therein against all Defendants, including Hartford Life and Accident Insurance Company and Aetna Life Insurance Company, be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Ben Allo and Hartford Life and Accident Insurance Company and Aetna Life Insurance Company, shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this __1st__ day of __July__, 2021 in New Orleans, Louisiana.

_Sarah Vance_
UNITED STATES DISTRICT JUDGE